# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 20-13368-PGH
Chapter 7

CYNTHIA E. ORTIZ

_____Debtor_____/

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I hereby certify that:

[X]  The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
  [X] 1.  remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);

  [X] 2. provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;.
  [X] 3. provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)].; and
  [X] 4. filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
  [ ] 1.  remitted the required fee.;
  [ ] 2.  provided notice to affected parties. and
  [ ] 3.  filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have**:
  [ ] 1. provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)]. and
  [ ] 2. filed an amended schedule(s) or other paper.

[ ]  The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
  [ ] 1.  remitted the required fee.;
  [ ] 2.  provided notice to affected parties. and
  [ ] 3.  filed an amended schedule(s) and summary of schedules.

[ ]  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It **x** does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) and, if filed electronically without imaged signatures, a local form Declaration Re: Electronic Filing accompanied the filing of the document.

Dated:  April 10, 2020

__/s/Chad T Van Horn_____        _____
Attorney for Debtor (or Debtor, if pro se)         Joint Debtor (if applicable)

__Chad T. VanHorn_____
Print Name

__64500_____         __954-765-3166_____
Florida Bar Number         Phone Number

LF-4 (rev. 10/17/05)