UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 20-13368-LMI

Cynthia E. Ortiz,  Chapter 7

_____Debtor._____/

**DEBTOR'S MOTION FOR AUTHORITY TO REDEEM
PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED
FINANCING AND ATTORNEY FEES UNDER 11 U.S.C. §722**

The Debtor, Cynthia E. Ortiz, by and through the undersigned counsel, moves the Court, pursuant to 11 U.S.C. §722 and Bankruptcy Rule 6008, for a Redemption Order, and in support thereof states:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

   *2019 Honda Civic Sedan 4D*
   *VIN No.: 19XFC2F6XKE026608*

2. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt, which is secured by said property to the extent of the allowed secured claim of Capital One Auto Finance, a division of Capital One, N.A. ("Creditor") is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $16,425.00 as per agreement between the parties.

4. Arrangements have been made by the Debtor to pay to the said Creditor up to the aforesaid amount in a lump sum should this Motion be granted.

5. The payment for this proposed redemption is to be financed through Prizm Financial Co. LLC, with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto. As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption. Moreover, the Debtor has agreed to borrow and

disperse additional funds in the amount of $700.00, from their loan with Prizm Financial Co. LLC, for representation of the Debtor in securing for the benefit of the Debtor an order granting the Debtor the right to redeem under 11 U.S.C. §722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

WHEREFORE the Debtor, Cynthia E. Ortiz, respectfully requests the Court to order the said Creditor to accept from the Debtor the lump sum payment of the redemption value and release the lien of record and for whatever further relief this Honorable Court deems just and proper. In the event the said Creditor objects to this Motion, the Debtor requests the Court to determine the value of the property as of the time of the hearing on such objection, and for whatever further relief this Honorable Court deems just and proper.

Respectfully submitted this 15th day of June 2020.

**VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ Chad T. Van Horn, Esq.
Chad T. Van Horn, Esq.
Florida Bar #64500