**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                  Case No.: 20-13368-LMI

Cynthia E. Ortiz,                                                                 Chapter 7

_____Debtor._____/

## NOTICE TO WITHDRAW DOCUMENT AT ECF #36

The Debtor, by and through undersigned counsel, files this Notice to Withdraw Document at **ECF #36** and cancelation of hearing currently set for July 13, 2020 at 9:30A.M., 9:30 A.M.

Respectfully submitted this 20th day of June 2020.

                                                                **VAN HORN LAW GROUP, P.A.**
                                                                330 N. Andrews Ave., Suite 450
                                                                Fort Lauderdale, Florida 33301
                                                                (954) 765-3166
                                                                (954) 756-7103 (facsimile)
                                                                Chad@cvhlawgroup.com
                                                                By: /s/ Chad Van Horn, Esq.
                                                                Chad Van Horn, Esq.
                                                                FL Bar 64500