**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                  Case No.: 20-13368-LMI

Cynthia E. Ortiz,                                                Chapter 7

_____ Debtor._____/

### NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT WITH CAPITAL ONE AUTO FINANCE [DE #25]

The Debtor, Cynthia E. Ortiz, by and through her undersigned counsel, files this Notice of Rescission of Reaffirmation Agreement with Capital One Auto Finance filed on May 8, 2020, [DE #25].



_____
Cynthia E. Ortiz, Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice of Rescission of Reaffirmation Agreement with Capital One Auto Finance was sent by certified mail/return receipt requested (7016 0750 0000 8422 4772) to: Capital One Auto Finance, c/o of Ambrish Patel, Creditor's Representative, 4515 N. Sante Fe Ave., Dept. APS, Oklahoma City, OK 73118.

Respectfully submitted on this 21st day of June 2020.

VAN HORN LAW GROUP, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
Chad@CVHLawgroup.com

By: /s/ Chad T Van Horn, Esq.
FBN: 0064500