

**ORDERED in the Southern District of Florida on August 19, 2020.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Case No.: 20-13368-LMI

Cynthia E. Ortiz,                                         Chapter 7

_____ Debtor. _____/

**ORDER GRANTING DEBTOR'S MOTION FOR**
**AUTHORITY TO REDEEM PERSONAL PROPERTY AND APPROVAL OF**
**ASSOCIATED FINANCING AND ATTORNEYS FEES UNDER 11 U.S.C. 722, [DE #33]**

THIS MATTER, came before the Court on August 18, 2020, at 9:30 a.m. upon the *Debtor's*

*Motion for Authority to Redeem Personal Property and Approval of Associated Financing and*

*Attorney Fees Under 11 U.S.C. §722*, (the "Motion"; DE #33), and with the Court, having

reviewed the Motion, heard argument of counsel made without opposition, and for the reasons

stated on record, finds that good cause exists to grant the Motion.  It is therefore **ORDERED:**

1.       The Motion is **GRANTED**.

2

2.      The Debtor is authorized to enter into a financing agreement with Prizm Financial Co. LLC (the "Prizm Loan") to redeem her 2019 Honda Civic Sedan 4D, (VIN #19XFC2F6XKE026608) in the amount of $16,425.00.

3.      The fees of the Van Horn Law Group, P.A. associated with representing the Debtor in the filing of this Motion are **APPROVED**.

4.      The Debtor is authorized and directed to disburse the sum of $600.00 from the Prizm Loan to the Van Horn Law Group, P.A. for representation of the Debtor in the filing of the Motion.

# # #

Chad T. Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same).*